1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12   GREGORY MCCLELLAN,                      1:13-cv-01602-LJO-SKO (HC)

13                  Petitioner,

14        v.                                 ORDER GRANTING RESPONDENT'S
                                             FIRST MOTION FOR EXTENSION OF
                                             TIME TO RESPOND TO PETITION
15   E. VALENZUELA,
                                             (Document# 16)
16                  Respondent.

17                                           THIRTY-DAY DEADLINE

18

19        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

20   U.S.C. § 2254.  On December 13, 2013, Respondent filed a motion to extend time to respond to

21   petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING

22   THEREFOR, IT IS HEREBY ORDERED that:

23        Respondent is granted thirty days from the date of service of this order in which to file a

24   response to petition.

25

26

27   IT IS SO ORDERED.

28        Dated:   __December 26, 2013__               _____/s/ Sheila K. Oberto_____

                                         1

UNITED STATES MAGISTRATE JUDGE