# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN, | Case No. 1:13-cv-01602-LJO-SKO HC |
| Petitioner, | ORDER DIRECTING PARTIES TO FILE STATUS REPORTS |
| v. | |
| E. VALENZUELA, Warden, | |
| Respondent. | (Doc. 24) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a change of address in a separate case (*McClellan v. Kern County Sheriff's Department*, 1:10-cv-386-LJO-MJS), and apparently has been released from the custody of the California Department of Corrections and Rehabilitation ("CDCR").

Accordingly, the Court DIRECTS each party to this action to file a status report confirming or denying Petitioner's release from custody, and if Petitioner has in fact been released from CDCR's custody, to set forth his position on whether Petitioner's release renders the petition in this matter moot.

IT IS SO ORDERED.

Dated:   **August 25, 2015**          **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

1