UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>        Petitioner,<br><br>    v.<br><br>E. VALENZUELA, Warden,<br><br>        Respondent. | No. 1:13-cv-01602-DAD-SKO HC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RULING**<br><br>**(Doc. 23)** |

Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for a ruling on his claims. Respondent has not filed opposition or consent. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

A court has inherent power to control its docket and the disposition of cases with economy of time and effort for both the court and the parties. *Landis v. North American Co.*, 299 U.S. 248, 251-55 (1936); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Because of the large volume of habeas petitions and limited Court resources, the petition in this case will be addressed in due course.

Accordingly, Petitioner's motion for a ruling on his petition is hereby DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2016**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE